(No. 15699.—Order reversed.)

ETTA D. ELLROD *et al.* Appellees, *vs.* THE BOARD OF EDU-
CATION OF ST. JOSEPH COMMUNITY HIGH SCHOOL DIS-
TRICT No. 305, Appellant.

*Opinion filed December 16, 1924—Rehearing denied Feb. 4, 1925.*

SCHOOLS—*section 89g of School law is unconstitutional.* Sec-
tion 89g of the School law, (Laws of 1923, p. 592,) providing for
detachment of territory from a community high school district by
order of a circuit judge on petition of residents of the territory,
is unconstitutional. (*North* v. *Board of Education,* 313 Ill. 422,
followed.)

APPEAL from the Circuit Court of Champaign county;
the Hon. FRANKLIN H. BOGGS, Judge, presiding.

WILLIAMSON & WINKELMANN, O. M. JONES, and A. R.
HALL, (JONES & LEVIN, and HALL & HOLADAY, of coun-
sel,) for appellant.

GREEN & PALMER, (HENRY I. GREEN, ORIS BARTH, and
CHARLES G. HOWARD, of counsel,) for appellees.

Mr. JUSTICE DUNN delivered the opinion of the court:

This is an appeal by the board of education of the
St. Joseph Community High School District in Champaign
county from an order of the circuit court detaching twenty-
six sections of land from the district, which originally con-
sisted of fifty-six sections. The petition was filed by legal
voters residing in the detached territory in accordance with
section 89g of an act entitled "An act to amend sections 89a
and 92 of 'An act to establish and maintain a system of
free schools,' approved June 12, 1909, as amended, and to
add thereto sections 89b, 89c, 89d, 89e, 89f, 89g and 89h."
(Laws of 1923, p. 592.) The board of education filed an
answer, and after a hearing by the court an order was en-
tered detaching the territory described in the petition and

adding it to the non-high-school territory of Champaign county, from which the board of education appealed.

In the case of *North v. Board of Education,* 313 Ill. 422, it was held that section 89g is unconstitutional, and the order entered in that case detaching territory, which was of the same character as that involved here, was reversed. The same judgment must result in this case, and the order of the circuit court of Champaign county is reversed.

*Order reversed.*